THOMAS A. JOHNSON, #119203

1007 7th Street, Suite 500
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for Defendant Toste

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>IDALINA TOSTE,<br><br>              Defendant | Case No.: 2:08-CR-0055 MCE<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PLEA NEGOTIATIONS AND EXCLUDE TIME<br><br>Date:   March 27, 2008<br>Time:   8:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status/ Change of Plea scheduled for March 27, 2008 be vacated and that time beginning March 27, 2008, and extending through May 15, 2008 be excluded from time under the Speedy Trial Act under Local Code T-4.  Further, Defendant consents to an extension of the time for change of plea to May 15, 2008.  Fed. R. Crim. P. 5.1 (d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161 (h) (8) (B) (iv).  In particular, the time is required so that the parties can discuss a proposed disposition.  In addition, Ms Toste has lost both parents to death in the last two weeks.

      Counsel for the defendant has talked to his respective client in this case, and represents that she has consented to this continuance and exclusion of time, with all agreeing that the interests of justice are furthered thereby.

STIPULATION AND ORDER   - 1 -

The parties stipulate that the interests of justice outweigh the interest of the public and the defendants in a speedy filing of an indictment or information, 18 U.S.C. § § 3161 (b) (h) (8) (A), and further that this good cause outweighs the public's interest in the prompt disposition of this criminal case. Fed. R. Crim. P. 5.1 (d).

The parties further request that this matter be taken off calendar until May 15, 2008, or such other future time as any party may request a hearing.

**IT IS SO STIPULATED.**

DATE:  March 25, 2008

/s/  Thomas Johnson
THOMAS JOHNSON
Attorney for Defendant
IDALINA TOSTE

DATE:  March 25, 2008

McGREGOR W. SCOTT
United States Attorney

By:      /s/   Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:   3/28/2008

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE